Brose Estate.

Argued March 15, 1966.   Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Martin E. Geary,* for appellant.

*George R. Craig,* with him *Craig, Goehring & Harrison,* for appellee.

OPINION PER CURIAM, April 19, 1966:
Decree affirmed.   Each party pay own costs.